UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERCURY SYSTEMS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC, and<br>KEVIN CARNINO;<br>THOMAS P. O'HARA;<br>NEW ENTERPRISE ASSOCIATES 11, LIMITED<br>PARTNERSHIP; NEW ENTERPRISE<br>ASSOCIATES 10, LIMITED PARTNERSHIP;<br>NEW ENTERPRISE ASSOCIATES 9, LIMITED<br>PARTNERSHIP; NEA VENTURES 2006,<br>LIMITED PARTNERSHIP,<br><br>　　Defendants, individually and on<br>　　　　behalf of a Defendant Class. | Civil Action No. 1:13-cv-11962-RGS |

## MERCURY'S MOTION FOR CERTIFICATION OF DEFENDANT CLASS

Plaintiff Mercury Systems, Inc. (formerly known as Mercury Computer Systems, Inc. ("Mercury")), pursuant to Federal Rules of Civil Procedure 23(a), (b)(1), and (b)(3), and District of Massachusetts Local Rule 7.1, moves for class certification.

Mercury brought this action against the former principal shareholders of KOR Electronics, a company Mercury acquired through a merger in December 2011. Those principal shareholders are Defendants Kevin M. Carnino, Thomas P. O'Hara, New Enterprise Associates 9, Limited Partnership, New Enterprise Associates 10, Limited Partnership, Defendant New Enterprise Associates 11, Limited Partnership, and NEA Ventures 2006 (collectively the "Class Representatives"). In this action, Mercury seeks to enforce its rights to tax indemnification,

under the agreement governing the merger, for KOR's pre-merger tax liabilities.  KOR's former shareholders, including the Class Representatives, denied Mercury claims for tax indemnification, totaling over $2 million.

By this Motion, Mercury seeks certification of a class consisting of all of the former holders of the outstanding shares and vested options of KOR.  In support, Mercury relies on the Memorandum of Law filed contemporaneously with this Motion.

Respectfully submitted,

MERCURY SYSTEMS, INC

By Its Attorneys,

Dated:  January 17, 2014

/s/Christopher H.M. Carter
Christopher H.M. Carter, Esq. (BBO #561146)
Michael J. Connolly, Esq. (BBO#638611)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Ph. (617) 345-9000
Fx. (617) 345-9020

### CERTIFICATE OF SERVICE

I certify that, on this 17th day of January, 2014, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/Christopher H.M. Carter
Christopher H.M. Carter, Esq.