UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MERCURY SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAREHOLDER REPRESENTATIVE )<br>SERVICES LLC, and )<br>KEVIN CARNINO; )<br>THOMAS P. O'HARA; )<br>NEW ENTERPRISE ASSOCIATES 11, LIMITED )<br>PARTNERSHIP; NEW ENTERPRISE )<br>ASSOCIATES 10, LIMITED PARTNERSHIP; )<br>NEW ENTERPRISE ASSOCIATES 9, LIMITED )<br>PARTNERSHIP; NEA VENTURES 2006, )<br>LIMITED PARTNERSHIP, )<br>)<br>Defendants, individually and on )<br>behalf of a Defendant Class. )<br>) | Civil Action No. 1:13-cv-11962-RGS |

## DECLARATION OF CHRISTOPHER H.M. CARTER

I, Christopher H.M. Carter, hereby depose and state as follows:

1. I am a member of the Bar of this Court and of the law firm Hinckley Allen & Snyder LLP, attorney for Plaintiff Mercury Systems, Inc. ("Mercury") in this matter.

2. I make this Declaration in support of Mercury's Memorandum of Law in Support of its Motion for Class Certification.

3. Attached as Exhibit 1 are true and accurate copies of the Merger Agreement and Escrow Agreement.

4. Attached as Exhibit 2 is a true and accurate copy of email correspondence exchanged on September 25 – September 26, 2012, between Mercury, Shareholders Representative Services, LLC ("SRS") Kevin Carnino and Thomas O'Hara, and others.

2

     5.     Attached as <u>Exhibit 3</u> is a true and accurate copy of email correspondence exchanged on September 27 – September 28, 2012, between SRS and Mercury.

     6.     Attached as <u>Exhibit 4</u> is a true and accurate copy of a spreadsheet setting forth the names of the former Securityholders of KOR Electronics and their states of residence.

Signed and sworn to as true this 17th day of January, 2014 under the pains and penalties of perjury:

                          /s/ Christopher H.M. Carter
                          Christopher H.M. Carter

#52278545