**From:** William Denebeim [mailto:wdenebeim@shareholderrep.com]
**Sent:** Friday, September 28, 2012 12:22 PM
**To:** Haines, Gerry
**Cc:** Christopher Letang; Storm, John
**Subject:** Re: KOR Escrow - Quick Status

Gerry, John

We have not yet heard back from Tom and Kevin. I just sent them an email and left messages at their numbers.

I have the consent/escrow instruction letter ready for signatures. So I will send it to you as soon as I get the consents.

You may wish to give a heads up to the escrow agent (Wells Fargo) to let them know this may come in today.

**Regards,**

   - Bill

---

William Denebeim, CFA
Director

Shareholder Representative Services LLC
SAN FRANCISCO • BOSTON • DENVER • ISRAEL

601 Montgomery Street, Suite 333
San Francisco, CA 94111

office: (415) 432-7116
cell: (415) 298-3366

1

On Sep 28, 2012, at 5:13 AM, Haines, Gerry wrote:

Thanks very much Chris.

Sent from my iPhone

On Sep 28, 2012, at 7:56 AM, "Christopher Letang" <cletang@shareholderrep.com<mailto:cletang@shareholderrep.com>> wrote:

John and Gerry,

I just wanted to let you know that I have relayed the results of our conversation to the shareholders, who are considering how they would like to proceed. We will be back with you as soon as possible today.

Thanks,

Chris

From: <Storm>, John <jstorm@mc.com<mailto:jstorm@mc.com>>
Date: Thursday, September 27, 2012 11:47 AM
To: Christopher Letang <cletang@shareholderrep.com<mailto:cletang@shareholderrep.com>>
Cc: "Haines, Gerry" <ghaines@mc.com<mailto:ghaines@mc.com>>
Subject: KOR Escrow

Chris,

Are you available at 2 pm EST for a call? If so, we will call you then.


John G. Storm
Corporate Counsel
<image001.jpg>

jstorm@mc.com<mailto:jstorm@mc.com>
(978) 967-1751 (t) (978) 256-0013 (f)
201 Riverneck Road
Chelmsford, MA 01824