| First Name Last Name | State |
|---|---|
| | MN |
| Curtis N. Allen | CO |
| Joseph A. Ammon | CO |
| Cary R. Bachman | CO |
| Cary R. Bachman | CO |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Troy Baldonado | CA |
| Joseph A. Barnes | CO |
| Theodore A. Batch | CO |
| Theodore A. Batch | CO |
| Theodore A. Batch | CO |
| Theodore A. Batch | CO |
| Richard S. Beeber | AZ |
| Richard S. Beeber | AZ |
| Richard S. Beeber | AZ |
| Richard S. Beeber | AZ |
| Mark W. Behrman | AZ |
| Bruce L. Benenati | NY |
| Tammi I. Bowen-McNeece | CO |
| Gregory T. Brons | NY |
| Ronald R. Bussiere | CA |
| Ronald R. Bussiere | CA |
| Scott C. Carlson | CO |
| Scott C. Carlson | CO |
| Scott C. Carlson | CO |
| Kevin M. Carnino | CA |
| Kevin M. Carnino | CA |
| Kevin M. Carnino | CA |
| Kevin M. Carnino | CA |
| Kevin M. Carnino | CA |
| Kevin M. Carnino | CA |
| Brad C. Castrey | CA |
| Brad C. Castrey | CA |
| Brad C. Castrey | CA |
| Brad C. Castrey | CA |
| Brad C. Castrey | CA |
| Brad C. Castrey | CA |
| Wayne T. Catoe  Jr. | GA |
| Philippe Chaintreuil | NY |
| Aaron M. Christopher | NY |
| Joshua D. Contreras | CO |
| Ann M. Cook | CA |
| Ann M. Cook | CA |
| Ann M. Cook | CA |
| Ann M. Cook | CA |

REDACTED

REDACTED

| Name | State |
|---|---|
| Ann M. Cook | CA |
| Ann M. Cook | CA |
| James I. Cooper | CA |
| James I. Cooper | CA |
| Loren M. Cox | CO |
| Douglas Dao | CA |
| Shawn K. Davidson | CA |
| Shawn K. Davidson | CA |
| Shawn K. Davidson | CA |
| Andrew T. Davis | CA |
| Pablo De Los Rios | CA |
| Pablo De Los Rios | CA |
| Pablo De Los Rios | CA |
| Pablo De Los Rios | CA |
| Ly N. Dinh | CA |
| Gary F. Edgerton | CO |
| David M. Edwards | CA |
| Atif R. Elsayed | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Douglas A. Epstein | CA |
| Alexander Erdody | CA |
| Chad P. Freeman | CO |
| Caslyn E. Friesz | CA |
| Caslyn E. Friesz | CA |
| Michael D. Gimelli | CO |
| Michael D. Gimelli | CO |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Wayne A. Girard | CA |
| Heather C. Grindstaff | CA |
| Julio C. Guerrero | CA |
| Brian R. Hall | CO |
| Richard E. Halvas | CO |
| Richard E. Halvas | CO |
| Richard E. Halvas | CO |
| Richard E. Halvas | CO |
| Richard E. Halvas | CO |
| Justin D. Haney | CO |
| Steven L. Hermann | CO |
| Linda K. Himrod | CA |
| Larry E. Horton | CO |
| Larry E. Horton | CO |
| Larry E. Horton | CO |
| Matthew B. Hughes | CO |
| Matthew B. Hughes | CO |

REDACTED

REDACTED

| | State |
|---|---|
| Matthew B. Hughes | CO |
| Matthew B. Hughes | CO |
| Carl C. Justice | CA |
| Carl C. Justice | CA |
| Carl C. Justice | CA |
| Christopher P. Kaiser | NY |
| Stephen E. Karlsgodt | CA |
| Stephen E. Karlsgodt | CA |
| Stephen E. Karlsgodt | CA |
| Stephen E. Karlsgodt | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| Brett M. Keating | CA |
| James P. Kolhbrenner | NY |
| Mark E. Leiker | CO |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Christopher D. Lewis | CA |
| Gregory L. Logan | CO |
| Linda S. Loseke | CO |
| David P. Louton | CA |
| David P. Louton | CA |
| David P. Louton | CA |
| Jessica Martin | CO |
| Jennifer K. Mast | CO |
| Brent P. McClain | CO |
| Victor R. Medina | CA |
| Steven D. Medo | CO |
| Mehrak Merat | CA |
| Chris A. Michalski | CA |
| Jason A. Millage | CO |
| Jason A. Millage | CO |
| Stephen C. Miller | CO |
| Thomas Morehead | CO |
| Robert G. Morgan | CA |
| Robert G. Morgan | CA |
| Jason D. Muranaka | CA |
| Jason D. Muranaka | CA |
| Jason D. Muranaka | CA |
| Jason D. Muranaka | CA |
| Tran V. Nguyen | CA |
| Charles W. Ninmer | CO |
| Thomas P. O'Hara | CA |
| Thomas P. O'Hara | CA |
| Thomas P. O'Hara | CA |
| Thomas P. O'Hara | CA |
| Thomas P. O'Hara | CA |
| Thomas P. O'Hara | CA |

REDACTED

REDACTED

| Name | State |
|------|-------|
| Thomas P. O'Hara | CA |
| Clinton E. Park | NY |
| Rahul A. Patel | CA |
| Robert L. Pemberton | TX |
| Robert L. Pemberton | TX |
| Robert L. Pemberton | TX |
| Jamie J. Pickett | VA |
| Michael A. Pittarelli | NY |
| Robert F. Poblete | CA |
| Robert F. Poblete | CA |
| Donald R. Pupecki | NY |
| Bruce T. Quinn | CA |
| Bruce T. Quinn | CA |
| Bruce T. Quinn | CA |
| Devon J. Raehal | CO |
| Rene Ramirez | CA |
| Peter E. Reese | CA |
| Peter E. Reese | CA |
| Peter E. Reese | CA |
| Peter E. Reese | CA |
| Peter E. Reese | CA |
| Peter E. Reese | CA |
| Ronald E. Rivas | CO |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Derrick M. Rocha | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Sandra L. Rogers | CA |
| Francesco Sacca | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Luis F. Salazar | CA |
| Orlando Samarrippas | TX |
| Katherine M. Sandlin | CO |
| Randal A. Schmidt | CA |
| Robert R. Sharp | CA |
| Robert R. Sharp | CA |
| Robert R. Sharp | CA |
| Robert R. Sharp | CA |

REDACTED

REDACTED

REDACTED

REDACTED

| Name | State |
|---|---|
| Robert R. Sharp | CA |
| Robert R. Sharp | CA |
| Robert R. Sharp | CA |
| Carla A. Shaw | GA |
| Jason Shiotsu | CA |
| Jason Shiotsu | CA |
| Jason Shiotsu | CA |
| Jason Shiotsu | CA |
| Jason Shiotsu | CA |
| Caleb M. Skidmore | CO |
| Ian L. Steed | CA |
| Joseph T. Styzens | CA |
| Joseph T. Styzens | CA |
| Joseph T. Styzens | CA |
| Joseph T. Styzens | CA |
| Matthew C. Swort | CO |
| Matthew C. Swort | CO |
| Matthew C. Swort | CO |
| Kristin T. Tam | CA |
| Kristin T. Tam | CA |
| John L. TenBroeke | HI |
| Dennis J. Ternet | CA |
| Dennis J. Ternet | CA |
| Dennis J. Ternet | CA |
| Dennis J. Ternet | CA |
| Dennis J. Ternet | CA |
| Angie Thai | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| Hoang C. Tran | CA |
| John M. Turner | CA |
| John M. Turner | CA |
| John M. Turner | CA |
| John M. Turner | CA |
| John M. Turner | CA |
| Laurie J. Vancleve | CA |
| Laurie J. Vancleve | CA |
| Laurie J. Vancleve | CA |
| Laurie J. Vancleve | CA |
| Laurie J. Vancleve | CA |
| Laurie J. Vancleve | CA |
| Louis R. Verschuyl | CO |
| Dalina Vo | CA |
| Paul R. Wagner | CO |
| Christopher A. Wallace | CA |
| Christopher A. Wallace | CA |
| Christopher A. Wallace | CA |
| Christopher A. Wallace | CA |
| Timothy T. Willis | CA |
| Shaun T. Willets | CO |

REDACTED

Hanna Y. Yi
Hanna Y. Yi
Hanna Y. Yi
Craig V. Young
Virginia S. Zehner
Virginia S. Zehner

REDACTED

| State |
|-------|
| CA |
| CA |
| CA |
| CO |
| CO |